MARGARET GOMPERTS, Respondent, v. LOUIS A. HIRSCHFIELD, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion.

---

* Affd. 266 N. Y. ——.     † Revd., 266 N. Y. 32.

‡ Motion for leave to appeal denied, 265 N. Y. 508.

Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Merrell and O'Malley, JJ., dissent and vote to reverse and grant the motion, on the authority of *Kachel* v. *Stutz* (137 App. Div. 199); *McIntyre* v. *Branner* (214 id. 145); *Wheeler* v. *Duell* (230 id. 392); *Wilkolaski* v. *Hanavan* (240 id. 867).